# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **WAYNE H. NORMAN,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**ZAXBY'S FRANCHISING, INC.,**<br><br>　　　　**Defendant.** | **CIVIL ACTION NO.**<br><br>**3:16-CV-16-CDL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties in the above-styled civil action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and stipulate that all counts asserted by Plaintiff against the Defendant in the above-styled action are HEREBY DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees, costs and expenses.

SO STIPULATED, this 27th day of April, 2016.

　　　　　　　　　　　　　　　　　　　By: */s/ Wayne H. Norman*
　　　　　　　　　　　　　　　　　　　　　Wayne H. Norman, *pro se*
　　　　　　　　　　　　　　　　　　　　　Plaintiff

4357 Wanatah
Memphis, TN 38109
whnorman@hotmail.com

                                        FORTSON, BENTLEY AND GRIFFIN, P.A.


                    By:  /s/ *Jeffrey W. DeLoach*
                           Jeffrey W. DeLoach
                           Georgia Bar No. 081669
2500 Daniell's Bridge Road      Attorney for Defendant
Building 200, Suite 3A
Athens, GA 30606
(706) 548-1151
*jwd@fbglaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, filed electronically via CM/ECF a true copy of the within and foregoing STIPULATION OF DISMISSAL in the United States District Court for the Middle District of Georgia, with notice of same being electronically served by the Court, and by delivering a copy via the United States Postal Service addressed to the following:

>Wayne H. Norman
>4357 Wanatah
>Memphis, TN 38109
>
>*whnorman@hotmail.com*

This 27th day of April, 2016.

>FORTSON, BENTLEY AND GRIFFIN, P.A.
>
>
>By:   /s/ Jeffrey W. DeLoach
>      Jeffrey W. DeLoach
>      Bar No. 081669
>
>      Attorney for Defendant

2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia  30606
(706) 548-1151